IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUANITA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:24-cv-00204-RAH-JTA |
| | ) |
| ELITE CARE DIRECT LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On January 17, 2025, the Plaintiff filed a notice of voluntary dismissal with the Court. (*See* doc. 37.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is hereby **DISMISSED** without prejudice. All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** on this the 17th day of January 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE